

# SEALED

STEVEN W. MYHRE
Acting United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501
Phone (775) 784-5438
Fax (775) 784-5181

**FILED**
SEP 2 6 2007
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF Wilbur James VENTLING, also known as John James STEWART, | 3:07-MJ-0068-VPC<br><br>**MOTION TO SEAL THE COMPLAINT FOR PROVISIONAL ARREST WARRANT AND ANY RESULTING WARRANT OR ORDERS ISSUED BY THE COURT**<br><br>**UNDER SEAL** |

COMES NOW, the United States of America, by and through its attorneys, Steven W. Myhre, Acting United States Attorney for the District of Nevada, and James E. Keller, Assistant United States Attorney, and moves for the sealing of this motion, the Complaint for a Provisional Warrant with a View Towards Extradition (the "Complaint"), and any resulting warrant or Orders issued by the Court.

Disclosure of any of the aforementioned documents may, and would likely, undermine the investigation into the location of, and ultimate arrest of, Wilbur James VENTLING, also known as John James STEWART, pursuant to the Complaint filed in this case. As set forth in the Complaint, VENTLING has used a number of aliases, has escaped from a mental institutions in Colorado and Canada, and is a fugitive of Canada for the pending Information by Indictment charging rape and cause of bodily harm with intent to wound/maim/disfigure. VENTLING is in the United States using a different name than he used in Canada. Given his past history of flight, his use of aliases, his status as a fugitive of Canada, and the pending Information by Indictment against him in Canada (which

provide him incentive to remain a fugitive), it is respectfully requested that this motion, the Complaint for Provisional Warrant with a View Towards Extradition, and any resulting warrant or Orders issued by the Court be sealed until further Order of the Court.

DATED this 26th day of September, 2007.

_____
James E. Keller
Assistant United States Attorney

Based upon the Motion to Seal the Complaint for Provisional Arrest Warrant with a View Towards Extradition, and good cause showing, the Motion to Seal, this Order, the Complaint for Provisional Arrest Warrant With a View Towards Extradition, and any resulting Warrant or Orders Issued by the Court will remain under seal until further Order of the Court.

DATED this 26th day of September, 2007.

_____
HONORABLE VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE