

# SEALED

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 6 2007

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____
DEPUTY

FILED

SEP 2 6 2007

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

DEPUTY

1  STEVEN W. MYHRE
   Acting United States Attorney
2  JAMES E. KELLER
   Assistant United States Attorney
3  100 W. Liberty Street, Suite 600
   Reno, NV 89501
4  Phone (775) 784-5438
   Fax (775) 784-5181
5

6

7
                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9  IN THE MATTER OF                 )   3:07-MJ-0068-VPC
   THE EXTRADITION OF               )   ~~MISC~~              VPC
   Wilbur James VENTLING,           )
10 also known as John James STEWART, )   **COMPLAINT FOR PROVISIONAL ARREST**
                                    )   **WARRANT WITH A VIEW TOWARDS**
11                                  )   **EXTRADITION (18 U.S.C. § 3184)**
                                    )
12                    .            )   **UNDER SEAL**
                                    )
13 _____)

14         I, the undersigned Assistant United States Attorney, being duly sworn, state on information

15 and belief that the following is true and correct:

16 1.        There is an Extradition Treaty, as amended by Protocols, in force between the United States

17 and Canada, 27 UST 983, TIAS 8237;

18 2.        The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives

19 pending the submission of a formal request and supporting documents;

20 3.        In accordance with Article 11 of the Treaty, the Government of Canada has asked the United

21 States for the provisional arrest of Wilbur James VENTLING, also known as John James STEWART,

22 with a view toward extradition;

23 4.        According to the Information provided by the requesting state in the form authorized by the

24 Treaty, VENTLING is charged with one count of Rape, in violation of section 144 of the Criminal

25 Code of Canada, and one count of Causing Bodily Harm with Intent to Wound, in violation of section

26 228 of the Criminal Code of Canada, all committed within the jurisdiction of Vernon, British

1  Columbia, Canada, and a warrant for his arrest was issued on June 5, 2007, by a Justice of the Peace

2  in and for the Province of British Columbia (both attached hereto as Exhibit 1);

3  5.       The warrant was issued on the basis of the following facts:

4         The Royal Canadian Mounted Police (RCMP) in Vernon, British Columbia, Canada, has

5  been investigating a complaint of a sexual assault on a nine year old female on May 27, 1979, in

6  the City of Vernon, British Columbia, Canada. An outline of the reported alleged incident follows

7  (the information below is from the Canadian police reports prepared by the investigating officers,

8  and statements given by the witnesses):

9         On May 27, 1979, Tavin Christine SOMERSET, who was nine years old, was lured by a

10  male (who was a stranger to her) to a wooded area in Vernon, B.C. The male sexually assaulted

11  SOMERSET by forcing vaginal intercourse. SOMERSET sustained serious vaginal injuries as a

12  result of the sexual assault. The male fled the scene.

13         A suspect by the name of John James STEWART was identified as a suspect in a series of

14  seven similar assaults in the Calgary, Alberta area. Around this same time there were two similar

15  offences in Enderby and Kamloops, British Columbia. Thus, there were a total of 10 offences that

16  are believed to have been committed by STEWART between July 1, 1978 and July 16, 1979,

17  involving females between the age of 5 and 13.

18         On September 8, 1979, STEWART was arrested in Taber, Alberta, in relation to the

19  Calgary investigation. He was found to have several different identifications on him. His

20  fingerprints were taken and he was remanded for a psychiatric examination. On September 18,

21  1979, STEWART escaped from the psychiatric facility he was being held at in Alberta and fled to

22  the United States of America.

23         The fingerprints obtained from "STEWART" showed that STEWART was actually Wilbur

24  James VENTLING. VENTLING was, at the time, unlawfully at large following an escape from a

25  psychiatric hospital in Colorado on May 9, 1978. VENTLING had, at the time, a criminal record

26

2

1  for burglary, robbery, crime against children, kidnapping, rape, sexual assault on a child, menacing

2  and assault.

3       On October 23, 1979, VENTLING was arrested in Las Vegas on charges of kidnaping,

4  lewdness with a minor under 14 years and attempt sexual assault.  On February 11, 1980,

5  VENTLING pleaded guilty to two counts of lewdness with a minor and one count of attempted

6  sexual assault.  He was sentenced to 40 years at the Carson City State Penitentiary.   VENTLING

7  successfully appealed one of the sentences and was subsequently released in September of 1997.

8       VENTLING is currently classified a registered sex offender in Nevada.

9       On March 11, 2003, Constable (Cst.) JOHNSTON of the Vernon RCMP General

10  Investigation Section forwarded several exhibits to the forensic laboratory for examination to

11  attempt to obtain a DNA profile of the offender.  Specifically, Cst. JOHNSTON forwarded the

12  blouse and slacks that were seized from SOMERSET when she attended the hospital after the

13  assault (item A and B), a vaginal swab from the victim's vagina taken by Dr. SPILLER during the

14  medical exam following the assault (item E), the victim's wool sweater which was recovered at the

15  scene (Item G), and two samples of blood soaked grass from the scene (Items L and M).

16       Howard KALYN of the Biology Section of the RCMP Forensic Laboratory prepared a

17  report dated June 28, 2004, pertaining to his examination of the exhibits from Vernon RCMP file

18  1979-7377 (which is the file number for the investigation into the sexual assault of SOMERSET).

19  This report stated in summary the following:

20      a.    Exhibit Items A (blouse). B (slacks), E (vaginal swab and blood clot), G (red

21           sweater), L (grass and leaf) and M (grass) were examined in order to generate DNA

22           typing profiles.

23      b.    Blood from exhibit Item E (vaginal swab and blood clot) was taken to be the known

24           sample of Tavin SOMERSET.

25

26

3

c.   The DNA typing profiles obtained from the inside left arm of Exhibit Item G (red sweater) and L (grass and leaf) match that of the profile obtained from the known sample of SOMERSET (from Exhibit Item E).

d.   The DNA typing profiles obtained from the inside crotch of Exhibit Item B (slacks) and the outside front and inside front of Exhibit Item G (red sweater) are of mixed origin consistent with having originated from two individuals. The male components of the DNA typing profiles obtained from these exhibits match one another and are consistent with having originated from an unknown male individual. This profile has been personally designated as Male 1. The estimated probability of selecting an unrelated individual at random from the Canadian Caucasian population with the same profile is 1 in 42 billion. The female components of the DNA typing profiles obtained from these exhibits match the DNA profile obtained from the known sample of SOMERSET (from exhibit Item E). The estimated probability of selecting an unrelated individual at random from the Canadian Caucasian population with the same profile is 1 in 170 trillion.

e.   The DNA typing profiles obtained from the outside of side two of Exhibit Item A (blouse) are of mixed origin consistent with having originated from two individuals. The male components of the DNA typing profiles obtained from these exhibits match the Male 1 DNA profile. The estimated probability of selecting an unrelated individual at random from the Canadian Caucasian population with the same profile is 1 in 42 billion.

On January 19, 2005, Christine CROSSMAN of the RCMP Forensic Laboratory forwarded to Interpol a request for a DNA profile search pertaining to the DNA profile of Male 1 from Exhibit Item B of Vernon RCMP file 1979-7377 (which is the file number for the investigation into the sexual assault of SOMERSET).

4

1    Jeffrey RIOLO, a Senior Criminalist with the Washoe County Sheriff's Office Forensic

2    Science Division, reported on February 7, 2005, a keyboard search of the State of Nevada DNA

3    Database showed a match between the DNA profile from the RCMP Sample # 1979-7377/Ex.B

4    (Male 1) and Nevada convicted offender Wilbur VENTLING who has a date of birth of December

5    10, 1944. Mr. Riolo further states an evidentiary sample of DNA from Wilbur Ventling will be

6    required to confirm the match.

7    Wilbur James VENTLING, also known as John James STEWART, is described as a male,

8    with brown eyes and brown hair. He was born on December 10, 1944, in Los Angeles, California.

9    He stands approximately 182 cm tall, and weighs approximately 95 kg. The requesting country

10   provided a copy of an arrest photograph of VENTLING and his fingerprints, both attached hereto

11   as Exhibit 2, with the extradition materials.

12   6.    The requesting country has indicated that there are urgent circumstances that warrant

13   VENTLING's provisional arrest. Specifically, VENTLING is currently classed as a Tier Level 2

14   Convicted Sexual Offender by the Nevada Department of Public Safety. The definition of Tier

15   Level 2 is a convicted sex offender who is assessed as posing a probable risk of recidivism and

16   threat to public safety. In addition to the alias "John James STEWART", VENTLING's criminal

17   record indicates that his alias names include: Dennis Arkman, Wilburn Hamilton, and Wilbur

18   James Schwope. VENTLING's criminal record includes the following related offenses:

19          •    Crimes Against Children (1971, Norwalk, California)

20          •    Kidnaping (1973, Denver, Colorado)

21          •    Rape, 2nd degree kidnapping, sexual assault on a child and menacing (1974, Pueblo,

22               Colorado)

23          •    Kidnaping and Sexual Assault (1977, Colorado Springs, Colorado)

24          •    Two counts 2nd degree kidnaping, two counts lewdness with a minor, attempted

25               sexual assault, (1979, Las Vegas, Nevada)

26   Given VENTLING's past history escaping from the Colorado and Calgary psychiatric

5

1   facilities and fleeing Canada to evade prosecution on these charges, it is reasonable to expect he

2   will flee when he knows a DNA sample has been taken from him for evidentiary purposes for

3   these charges (the Canadians have made this request separately).  Further, VENTLING has a

4   history of using aliases and false identities which would make locating him difficult.

5   7.        The offenses with which Wilbur James VENTLING, also known as John James

6   STEWART, is charged are provided for in Article 2 of the Extradition Treaty, as amended by the

7   Protocols, cited above, and are reflected in the Information by Indictment attached hereto as

8   Exhibit 1;

9   8.        Wilbur James VENTLING, also known as John James STEWART may be found within

10  the jurisdiction of this court, specifically, 4708 August Drive, Carson City, Nevada;

11  9.        The requesting state has represented that it will submit a formal request for extradition,

12  supported by the documents specified in the Treaty, within 60 days, as required by Article 11 of

13  the Extradition Treaty, as amended by the Protocols.

14          WHEREFORE, the undersigned complainant requests that a warrant for the arrest of the

15  aforenamed person be issued in accordance with Title 18, United States Code, Section 3184, and

16  the Extradition Treaty between the United States and Canada, as amended by its Protocols.

17          DATED this 26th day of September, 2007.

18

19

20  James E. Koller
    Assistant United States Attorney

21

22          Sworn to before me and subscribed in my presence this 26th day of September, 2007 at

23  Reno, Nevada.

24

25  HONORABLE VALERIE P. COOKE
26  UNITED STATES MAGISTRATE JUDGE

6

KELOWNA CROWN COUNSEL  Fax:250-470-6820          Sep  7 2007  11:51          P.03

**INFORMATION/DENONCIATION**

BRITISH COLUMBIA

| | |
|---|---|
| Court Identifier: | 4971 - P - R - A |
| Court File Number: | 33836 |
| Type Reference: | C |
| Info. Seq. Number: | 3 |
| Agency File Number: | 119:79-7377 |

DNA Primary: [X]    DNA Secondary: [ ]
K File: [ ]
SOR: [X]

CANADA:
PROVINCE OF BRITISH COLUMBIA
PROVINCE DE LA COLOMBIE-BRITANNIQUE

Page 1  of 1                                **"BY INDICTMENT"**

This is the information of / Les presentes constituent la denonciation de Constable K. Cyr 48242, a Peace Officer (the "informant" / le "denonciateur") of / de Vernon, British Columbia.

The informant says that the informant has reasonable and probable grounds to believe and does believe that / Le denonciateur declare qu'il a des motifs raisonnables et probables et croit effectivement que

Count 1

Wilbur James VENTLING aka John James STEWART, on or about the 27th day of May, 1979, at Vernon, in the Province of British Columbia, did have sexual intercourse with Tavin Christine SOMERSET, a female person not his wife, without her consent, and thereby did commit the offence of rape, contrary to Section 144 of the Criminal Code.

Count 2

Wilbur James VENTLING aka John James STEWART, on or about the 27th day of May, 1979, at Vernon, in the Province of British Columbia, with the intent to wound Tavin Christine SOMERSET, did cause bodily harm to Tavin Christine SOMERSET, contrary to Section 228 of the Criminal Code.

SWORN BEFORE ME / ASSERMENTE DEVANT MOI

ON / CE ___5th___ DAY OF / JOUR DE

_____June_____, 2007.

AT / A Vernon,

BRITISH COLUMBIA / COLOMBIE-BRITANNIQUE

_____
A JUSTICE OF THE PEACE IN AND FOR THE
PROVINCE OF BRITISH COLUMBIA
JUGE DE PAIX DANS ET POUR LA PROVINCE DE
LA COLOMBIE-BRITANNIQUE

_____
(SIGNATURE OF INFORMANT)
(SIGNATURE DU DENONCIATEUR)

Warrant to issue - unend.
_____
PROCESS CONFIRMED / ACTE DE PROCEDURE
CONFIRME

_____
A JUSTICE OF THE PEACE IN AND FOR THE
PROVINCE OF BRITISH COLUMBIA
JUGE DE PAIX DANS ET POUR LA PROVINCE DE
LA COLOMBIE-BRITANNIQUE

KELOWNA CROWN COUNSEL  Fax:250-470-6820        Sep  7 2007  11:51        P.02

# Warrant for Arrest

In the Provincial Court

Canada: Province of British Columbia

Ban - none

Police File No.
119:79-7377

Court File No.
4971:33836-3-C

Primary Enf. Agency:

D.O.B.: December 10, 1944

To the peace officers in the Province of British Columbia

Whereas Wilbur James Ventling
of N.N.C.C. (Prison), Carson City, Nevada, USA

(the "accused") has been charged with the following offence(s):

Count 1, on or about May 27, 1979, at or near Vernon, BC, did commit an offence of rape, contrary to section 144 Criminal Code.

Count 2, on or about May 27, 1979, at or near Vernon, BC, did commit an offence of cause bodily harm w/intent to wound/maim/disfigure, contrary to section 228(a) Criminal Code.

See a total of 2 Charges

This photocopy is a true copy of the original document which has not been altered in any way.

JUSTICE OF ___        **B. HOLTSKOG**
in and for the Province of British Columbia

And whereas:

there are reasonable and probable grounds to believe that it is necessary in the public interest to issue this warrant for the arrest of the accused

You are commanded, in Her Majesty's name, forthwith to arrest the accused and to bring him/her before any Justice/Judge in and for the Province of British Columbia to be dealt with according to law.

Dated / Fait le  June 5, 2007
        at /à  Vernon
        British Columbia /Colombie-Britannique

A Justice of the Peace in and for the Province of British Columbia / Un juge de paix dans et pour la province de la Colombie-Britannique

## Endorsement of Warrant

CANADA: Province of British Columbia - Form 29 (Section 507) Whereas this warrant is issued under section 507, 508 or 512 of the Criminal Code in respect of an offence other than an offence mentioned in section 522 of the Criminal Code, I hereby authorize the release of the accused pursuant to section 499 of that Act.

Dated
at ___ British Columbia

A Justice of the Peace in and for the Province of British Columbia

| Warrant Cancelled (Return to Registry) | Warrant Executed (Return to Registry and attach original bail document if applicable) |
|---|---|
| by ___ | by ___ |
| Person contacted ___ | Date ___ |
| by phone at ___ | |
| Date ___ | |
| Reason ___  ☐ Bail reinstated | |

PCR 014
Form 7
01/05        on 10:31-05.06.2007

Original: Police - Copies: Accused, File

(CC) Warrant for Arrest (adult)







## Sex Offender Registration

**Carson City Sheriff's Office, Carson City, Nevada**
**Ken Furlong, Sheriff**

Name: **VENTLING, WILBUR JAMES**

Hm Add: **1324 GREEN DR.**

Wrk Add: **1324 GREEN DR.**
Carson City, Nevada

MNI: **00678**          D.O.B. **12-10-1944**

Hair Color: **BRO**      Eye Color: **BRO**

Hgt. **6-00**        Wgt. **210**        Issued: **03-06-2006**

LEAVE BLANK    CRIMINAL                    (STAPLE HERE)              LEAVE BLANK

STATE USAGE
FBI SECOND
SUBMISSION   APPROXIMATE CLASS   AMPUTATION   SCAR

LAST NAME, FIRST NAME, MIDDLE NAME SUFFIX

STATE USAGE
03062006

VENTLING,WILBUR J

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO
517466640

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 12101944 | M | W | 600 | 210 | BRO | BRO |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

DB 50X50G8 1133S5 #ccstp2 23:15:02          5701LD #ccs1x2 20060306-23:22

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

8-10-06
I hereby ce... ...nt is a true
and exact copy ... ...e document
contained in the offic... records of the Office
of the Sheriff-Coroner of the City & County of
Carson City, Nevada.
Not For Further Dissemination
A. Keller
Signature
Title

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (PL 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI NV0130000 |
|---|---|---|---|
| SUBMISSION | YES X | MM DD YY 03062006 | CONTRIBUTOR SO SO   NV0130000 |
| TREAT AS ADULT | YES | | ADDRESS CARSON CITY, CARSON CITY, NV |
| | | | REPLY YES DESIRED? |

DATE OF OFFENSE: MM DD YY

PLACE OF BIRTH (STATE OR COUNTRY): LOS ANGELES   CA

COUNTRY OF CITIZENSHIP: US

1324 GREEN DR

CARSON CITY NV

Marie Morgan 9440

678

SELF EMPLOYED
1324 GREEN DR

HAIRSTYLIST, LEATHERCRAFT, EBA

09041F SEX OFFENDER/CRIMES AGAINST CHILDREN REGISTRATION 1
09607F SEX OFFENDER/CRIMES AGAINST CHILD REG OUT OF STAT 1

8-10-06

i hereby certify that this document is a true and exact copy of the original document contained in the official records of the Office of the Sheriff-Coroner of the City & County of Carson City, Nevada.
Not For Further Dissemination

Signature
Title    RECORDS SUPERVISOR

SIGNATURE OF PERSON PRINTED

WITNESS

(LEFT)



8-10-06

I hereby certify that this document is a true
and exact copy of the original document
contained in the official records of the Office
of the Sheriff-Coroner of the City & County of
Carson City, Nevada.
Not For Further Dissemination

Signature _____

Title _____  RECORDS SUPERVISOR

| NAME (Last Name First) | | CASE NO. | PRINTS TAKEN BY. |
|---|---|---|---|
| SIGNATURE OF PERSON PRINTED | ☐ Right Handed<br>☐ Left Handed | SOCIAL SECURITY NUMBER | DATE |



(RIGHT)

**PALM PRINT CARD**

8-10-06

I hereby certify that this document is a true
and exact copy of the original document
contained in the official records of the Office
of the Sheriff-Coroner of the City & County of
Carson City, Nevada.
Not For Further Dissemination

Signature _____

Title _____   RECORDS SUPERVISOR