AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

1395277

UNITED STATES OF AMERICA

V.

WILBUR JAMES VENTLING
aka John James STEWART

**WARRANT FOR ARREST**

Case Number: 3:07-mj-0068-VPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    WILBUR JAMES VENTLING aka John James STEWART
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

Fugitive from Foreign County to United States

in violation of Title  18  United States Code, Section(s)  3184

VALERIE P. COOKE
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

9/26/07                    RENO, NEVADA
Date and Location

Stamps: FILED/ENTERED/RECEIVED/SERVED ON COUNSEL/PARTIES OF RECORD — OCT 10 2007 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: DEPUTY

Stamp: RECEIVED 2007 SEP 26 P 2:45 DISTRICT OF NEVADA UNITED STATES MARSHAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Carson City, NV |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/26/07 | George Schroeder  1416 | |
| DATE OF ARREST | | |
| 10/9/07 | | |