

This is Exhibit " C " referred to in the
affidavit of Kevin Joseph Cyr
sworn before me at Vernon
in the Province of British Columbia
this 27 day of November, 2007

_____ 44838
A Commissioner for taking Affidavits
within the Province of British Columbia



This is Exhibit "D" referred to in the affidavit of Kevin Joseph Cyr sworn before me at Vernon in the Province of British Columbia this 27 day of November, 2007

_____ 4/4838
A Commissioner for taking Affidavits within the Province of British Columbia



This is Exhibit " E " referred to in the
affidavit of Kevin Joseph Cyr
sworn before me at Vernon
in the Province of British Columbia
this 27 day of November, 2007

_____ 44858
A Commissioner for taking Affidavits
within the Province of British Columbia



This is Exhibit "F" referred to in the
affidavit of Kevin Joseph Cyr
sworn before me at Vernon
in the Province of British Columbia
this 27 day of November, 2007

_signature_ 44838

A Commissioner for taking Affidavits
within the Province of British Columbia



This is Exhibit "G" referred to in the
affidavit of Kevin Joseph Cyr
sworn before me at Vernon
in the Province of British Columbia
this 27 day of November, 2007

A Commissioner for taking Affidavits
within the Province of British Columbia