

U.S. Department of Justice

United States Attorney
District of Nevada

100 West Liberty, Suite 600
Reno, Nevada 89501
December 19, 2007

By Overnight Mail
Jeff Olson
Trial Attorney
Department of Justice Office of International Affairs
1301 New York Avenue, N.W., 8th Floor
Washington, DC 20005

    Re:   In the Matter of the Extradition of Wilbur James Ventling,
            a/k/a John James Stewart, 3:07-MJ-00068-VPC

Dear Jeff:

    On behalf of the Court, and pursuant to its Certification of Extraditability and Order of Commitment dated December 18, 2007, attached hereto, please find originals of the following:

    (1) Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition, signed by Keith Powell II, Consul General of the United States of America, dated December 4, 2007, in Ottawa, Canada, marked and admitted into evidence as Government's Exhibit A at the December 17, 2007 extradition hearing;

    (2) Declaration of Heather K. McShain, Attorney-Adviser in the United States Department of State, with accompanying relevant and applicable treaty provisions in full force and effect between the United States and Canada relating to extradition, marked and admitted into evidence as Government's Exhibit B at the December 17, 2007 extradition hearing;

    (3) Defense Exhibits 1 and 2, marked and admitted into evidence at the December 17, 2007 extradition hearing; and

    (4) Original Transcript of the December 17, 2007 extradition hearing before the Court.

    By Court Order, the enclosed items are to be forwarded to the United States State Department for final determination of extraditability of Wilbur James Ventling, a/k/a John James Stewart.

                           Sincerely,

                           STEVEN W. MYHRE
                           United States Attorney

                           JAMES E. KELLER
Encs.                        Assistant United States Attorney

```
 1  STEVEN W. MYHRE
    United States Attorney
 2  JAMES E. KELLER
    Assistant United States Attorney
 3  100 West Liberty Street, Suite 600
    Reno, Nevada 89501
 4  (775) 784-5438
 5
 6
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
 9  IN THE MATTER OF              )    3:07-MJ-00068-VPC
    THE EXTRADITION OF            )
10  WILBUR JAMES VENTLING,        )    CERTIFICATION OF EXTRADITABILITY
    a/k/a/ JOHN JAMES STEWART.    )    AND ORDER OF COMMITMENT
11                                )
```

12      The Court received a Complaint in this matter filed September 26,
13  2007, by JAMES E. KELLER, Assistant United States Attorney for the
14  District of Nevada, acting on behalf of the Government of Canada,
15  pursuant to its request for the provisional arrest of WILBUR JAMES
16  VENTLING, also known as (a/k/a) JOHN JAMES STEWART. The Government of
17  Canada, subsequent to that date, made a formal request for the
18  extradition of Wilbur James Ventling, a/k/a John James Stewart, a/k/a
19  Denis Arkman, a/k/a Wilburn Hamilton, and a/k/a Wilbur James Schwope.
20      On December 17, 2007, the Court conducted an extradition hearing
21  at which the authenticated documents submitted by the Government of
22  Canada were received in evidence. The fugitive appeared with counsel,
23  and offered the following evidence in his own behalf: Defense Exhibits
24  1 and 2, and argument of counsel. The Court has carefully reviewed
25  the evidence, including the Declaration of Heather K. McShain,
26  attorney in the Office of the Legal Adviser, Department of State, and
27  had the opportunity to observe the fugitive's physical characteristics
28  as compared with the evidence of identification before the Court.

The Court finds that:

1. the undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. the Court has personal jurisdiction over the fugitive and subject matter jurisdiction over the case;

3. there is currently in force an extradition treaty between the United States and Canada, namely the Extradition Treaty Between the United States of America and Canada of December 3, 1971, which entered into force on March 22, 1976 (TIAS 8237), the Protocol Amending the Extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991, and the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003;

4. the fugitive has been charged in the requesting state with one count of rape contrary to section 144 of the Criminal Code of Canada, and one count of causing bodily harm with intent contrary to section 228 of the Criminal Code of Canada;

5. these charges constitute extraditable offenses within the meaning of Article 2 of the 1971 Treaty, as replaced by Article I of the 1988 Protocol;

6. the requesting state seeks the extradition of the fugitive for trial for these offenses; and

7. there is probable cause to believe that Wilbur James Ventling, a/k/a John James Stewart, a/k/a Denis Arkman, a/k/a Wilburn Hamilton, and a/k/a Wilbur James Schwope, the fugitive and the same

person who is before this court, committed the offenses for which his extradition is sought, based upon the evidence contained within the Certificate Of Kevin Powell, II, Counsel General of the United States if America, to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition dated December 4, 2007, including, therein, the affidavit of Kevin Joseph Cyr of the Royal Canadian Mounted Police, sworn to on November 27, 2007 ("Cyr Afficavit"). The Cyr Affidavit includes the following evidence: (1) Tavir Christine Somerset's statements, both on November 2, 2007, and shortly after the crime, reflecting that, on May 27, 1979, at Vernon, in the Province of British Columbia, Wilbur James Ventling claimed to be looking for his lost cat, when he lured Ms. Somerset, who was nine years old at the time, to a wooded area, grabbed her sweater, pulled it over her head, smothered her, gained access to her genitalia, and vaginally raped her, without her consent, causing internal damage to her body requiring emergency medical treatment; (2) the medical reports of Ms. Somerset, indicating the substantial injuries she suffered as a result; (3) the witness statement of Charmaine Brodland, who was one of, if not, the first to observe Ms. Somerset shortly after the crime; (4) witness statements of Patricia Nolan, Dr. Graham Spiller, and Dr. Bryn Jones, medical personnel who were present in the Vernon Jubilee Hospital, when and where Ms. Somerset was treated for her injuries; (5) an analysis of a photograph of a bloody fingerprint left by the assailant of Ms. Somerset at the scene of the crime, and its matching to the fingerprint of Wilbur James Ventling on file with the Las Vegas Metropolitan Police Department; (6) the match of Wilbur

1  James Ventling's DNA on file with Washoe County Sheriff's Office
2  Forensic Science Division and the DNA sample from the plaid slacks
3  worn by Ms. Somerset during the crime; (7) the DNA match of the DNA
4  sample obtained from Wilbur James Ventling on October 9, 2007, with
5  DNA samples recovered from the plaid slacks, red sweater, and tank top
6  worn by Ms. Somerset during the crime, with the estimated probability
7  of 1 in 42 billion in selecting an unrelated individual at random from
8  the Canadian Caucasian population with the same profile; (8) the
9  physical description, photographs, and other identification
10 information of Wilbur James Ventling; and (9) the Indictment by
11 Information and Warrant for Arrest of Wilbur James Ventling a/k/a John
12 James Stewart in Vernon, British Columbia, collectively which evidence
13 the crimes committed and identifies Wilbur Ventling as the person who
14 committed these crimes at Vernon, Providence of British Columbia.

   Based on the foregoing findings, the Court concludes Wilbur James
Ventling, a/k/a John James Stewart, a/k/a Denis Arkman, a/k/a Wilburn
Hamilton, and a/k/a Wilbur James Schwope is extraditable for each
offense for which extradition was requested, and hereby certifies this
finding to the Secretary of State as required under Title 18, United
States Code, Section 3184.

   IT IS THEREFORE ORDERED that a certified copy of this
Certification of Extraditability and Order of Commitment (and a copy
of any documents or testimony submitted by or on behalf of the
fugitI've) be forwarded without delay by the Clerk to the Department
of State, to the attention of the Office of the Legal Adviser;

   AND IT IS FURTHER ORDERED that Wilbur James Ventling, a/k/a John

4

1  James Stewart, a/k/a Denis Arkman, a/k/a Wilburn Hamilton, and a/k/a
2  Wilbur James Schwope, be committed to the custody of the United States
3  Marshal for this District for a period of sixty (60) days pending
4  final disposition of this matter by the Secretary of State and
5  surrender to designated agents of the Government of Canada, provided
6  that this period of confinement may be extended upon application by
7  counsel if final disposition by the Secretary of State and surrender
8  to designated agents of the Government of Canada is not accomplished
9  within this sixty (60) day period.

Dated:   December 18, 2007.

_____
HON. ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
            Deputy Clerk