

This is Exhibit "F" referred to in the
affidavit of Kevin Joseph Cyr
sworn before me at Vernon
in the Province of British Columbia
this 27 day of November, 2007

A Commissioner for taking Affidavits
within the Province of British Columbia



This is Exhibit "G" referred to in the
affidavit of Kevin Joseph Cyr
sworn before me at Vernon
in the Province of British Columbia
this 27 day of November, 2007

A Commissioner for taking Affidavits
within the Province of British Columbia



Department of Justice   Ministère de la Justice
Canada                  Canada

Ottawa, Canada
K1A 0H8

# CERTIFICATE OF AUTHENTICATION

IN THE MATTER OF the extradition of **Wilbur James Ventling (aka John James Stewart; Dennis Arkman; Wilburn Hamilton; Wilbur James Schwope)** from the United States of America to Canada on charges of rape and causing bodily harm with intent

I, Claude LeFrançois, Senior Counsel, International Assistance Group, Department of Justice of Canada, do hereby certify:

THAT attached to this Certificate is authenticated documentation presented by Canada in support of the extradition of **Wilbur James Ventling (aka John James Stewart; Dennis Arkman; Wilburn Hamilton; Wilbur James Schwope)** who is wanted to stand trial on a count of rape contrary to section 144 of the *Criminal Code* and one count of causing bodily harm with intent contrary to section 228 of the *Criminal Code*.

THAT the documentation attached to this certificate is composed of:

- the original Affidavit of law of DAVID M. RUSE, Crown Prosecutor, Ministry of the Attorney General for the Province of British Columbia; to which is attached:

    - as Exhibit A, certified true copy of the Information;

    - as Exhibit B, certified true copy of the warrant for arrest.

- the original Affidavit of fact of Constable KEVIN JOSEPH CYR, peace officer, Royal Canadian Mounted Police, City of Vernon, British Columbia

