1  GREGORY A. BROWER
   United States Attorney
2  JAMES E. KELLER
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada 89501
4  (775) 784-5438

5

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  IN THE MATTER OF            )   3:07-MJ-00068-VPC
   THE EXTRADITION OF          )
10 WILBUR JAMES VENTLING,      )   UNITED STATES DEPARTMENT OF STATE'S
   a/k/a JOHN JAMES STEWART,   )   SURRENDER WARRANT OF
11 DENIS ARKMAN,               )   WILBUR JAMES VENTLING
   WILBURN HAMILTON,           )
12 WILBUR JAMES SCHWOPE.       )
                               )
13 _____)

14      Attached hereto as Exhibit 1 is a copy of the United States
15 Department of State Surrender Warrant for Wilbur James Ventling, a/k/a
16 JOHN JAMES STEWART, DENIS ARKMAN, WILBURN HAMILTON, and WILBUR JAMES
17 SCHWOPE from the, with the State Department's seal affixed thereto.
18      Accordingly, pursuant to this warrant and 18 U.S.C. § 3184, the
19 United States Marshal for the District of Nevada, or any other public
20 officer or person having charge or custody of the aforesaid Wilbur
21 James Ventling, is to surrender and deliver him up to such person or
22 persons as may be duly authorized by the Government of Canada, to be
23 tried for the crimes of which he is so accused.
24 Dated: February 7, 2008        Respectfully submitted,
25                                GREGORY A. BROWER
                                  UNITED STATES ATTORNEY
26
27                                By: _____
                                     JAMES E. KELLER
28                                   Assistant United States Attorney

# Department of State

To all whom these Presents shall come, Greeting:

**Whereas,** The Government of Canada has made requisition in conformity with the provisions of existing treaty stipulations between the United States of America and Canada for the mutual delivery of criminals, fugitives from justice in certain cases, for the delivery up of Wilbur James Ventling, also known as John James Stewart, Denis Arkman, Wilburn Hamilton, Wilbur James Schwope, who is wanted to stand trial for one count of rape and one count of causing bodily harm with intent, in violation of sections 144 and 228, respectively, of the Criminal Code of Canada, crimes committed within the jurisdiction of Canada.

**And Whereas,** The said Wilbur James Ventling has been found within the jurisdiction of the United States and has by proper authority and due form of law, been brought before United States Magistrate Judge Robert A. McQuaid, Jr. of the United States District Court for the District of Nevada for examination upon the charges set forth above.

**And Whereas,** The said United States Magistrate Judge Robert A. McQuaid, Jr. has found and adjudged that the evidence produced against the said Wilbur James Ventling is sufficient in law to justify his commitment upon the said charges, and has, therefore, ordered that the said Wilbur James Ventling be committed pursuant to the provisions of said treaty stipulations.

*Now Therefore,* Pursuant to the provisions of Section 3184, Title 18, United States Code, These Presents are to require the United States Marshal for the District of Nevada, or any other public officer or person having charge or custody of the aforesaid Wilbur James Ventling, to surrender and deliver him up to such person or persons as may be duly authorized by the Government of Canada, to be tried for the crimes of which he is so accused.

*In Testimony Whereof,* I have hereunto signed my name and caused the Seal of the Department of State to be affixed.



Done at the City of Washington, this __5th__ day of __February__, A.D. 2008, and of the Independence of the United States of America the 232nd.

R. Nicholas Burns

**Under Secretary of State for Political Affairs.**